**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 6:24-cr-91-JDK-JDL |
| | § | |
| D'ROXIUS JAVONTE DEWHART | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND FINDING DEFENDANT GUILTY**

The Court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11.  Judge Love conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea (Docket No 37).  Judge Love recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment.

The parties have not objected to Judge Love's findings.

Having reviewed Judge Love's findings and recommendation, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge (Docket No. 37).  The Court also accepts Defendant's plea, but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant **D'Roxius Javonte Dewhart GUILTY** of Count One of the Indictment, charging a violation of Title **18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm**.

1

So **ORDERED** and **SIGNED** this **18th** day of **February, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE